IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| TAVARES L. FARRINGTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-01020-STA-jay |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER GRANTING MOTIONS TO AMEND § 2255 PETITION,
DENYING REMAINING MOTIONS AS MOOT,
AND
DIRECTING RESPONDENT TO RESPOND TO NEW CLAIMS

On January 29, 2021, Petitioner Tavares L. Farrington filed a *pro se* motion to vacate, set aside, or correct his sentence (the "Petition") pursuant to 28 U.S.C. § 2255. (ECF No. 1.) Respondent United States submitted an answer to the Petition on September 7, 2021. (ECF No. 6.) Petitioner has since filed a motion to amend the Petition to add a claim that his Florida robbery convictions are not proper predicates under the Armed Career Criminal Act, 18 U.S.C. § 924(e) ("ACCA") (ECF No. 10); a motion to amend the Petition to add claims that his Florida robbery convictions are not proper predicates under the ACCA and that counsel was ineffective with regard to that issue (ECF No. 13); a motion for an extension of time to file documents due to Petitioner's transfer to another prison (ECF No. 14); a motion to amend the Petition to add a claim under *Wooden v. United States*, 142 S. Ct. 1063 (2022) (ECF No. 16); and a motion for an order directing prison officials at "Institution Thomson" to "give Petitioner all his legal papers" (ECF No. 18).

For good cause shown, the motions to amend at ECF Nos. 13 and 16 are **GRANTED**. The motion to amend at ECF No. 10 is **DENIED** as moot. Because it appears from the Federal Inmate Locator that Farrington is no longer incarcerated at USP Thomson, the motion for an extension of time (ECF No. 14) and the motion for an order directing prison officials at that institution to provide Petitioner with his legal papers (ECF No. 18) are **DENIED** as moot.

Respondent is **ORDERED** to file a response to the additional claims within twenty-eight days of entry of this order. Petitioner may file a reply within twenty-eight days of service of the response.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: May 1, 2023